UNITED STATES v. G. L. RAMSEY

**No. 6281.**—Invoices dated Monterrey, Mexico, April 20, 1944.
Certified April 21, 1944.
Entered at San Antonio, Tex., May 5, 1944.
Entry Nos. 439–S, 440–S.

(Decided June 3, 1946)

*Paul P. Rao*, Assistant Attorney General, for the plaintiff.
Defendant not represented by counsel.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation entered into by and between the respective parties hereto:

It is hereby stipulated and agreed by and between the undersigned that at the time of exportation of the involved merchandise to the United States, such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported in the usual wholesale quantities and in the ordinary course of trade for exportation to the United States at 58¢, United States currency, per crate, packed, less cartage and loading and consular fees, as invoiced.

It is further agreed that there was no higher foreign value for such or similar merchandise at the time of exportation of the imported merchandise.

It is further agreed that these cases may be submitted upon the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was 58¢, United States currency, per crate, packed, less cartage and loading and consular fees, as invoiced.

Judgment will be rendered accordingly.